[No. 72145-3-I.   Division One.   June 8, 2015.]

THE STATE OF WASHINGTON, *Respondent*, v. J.A.M.M., *Appellant*.

*Affirmed* by unpublished opinion per Schindler, J., concurred in by Dwyer and Lau, JJ.

[No. 72307-3-I.   Division One.   June 8, 2015.]

*In the Matter of the Estate of* VERNON D. HANNAH.

T. BERNELL HANNAH, *Appellant*, v. CHRISTINE CHAN, *as Personal Representative, Respondent*.

*Reversed* and *remanded* by unpublished opinion per Schindler, J., concurred in by Appelwick and Lau, JJ.

[No. 72500-9-I.   Division One.   June 8, 2015.]

*In the Matter of the Dependency of* L.B.S.P.

TRINA CURRY, *Appellant*, v. THE DEPARTMENT OF SOCIAL AND HEALTH SERVICES, *Respondent*.

*Affirmed* by unpublished opinion per Lau, J., concurred in by Spearman, C.J., and Cox, J.